AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 07, 2025**

SEAN F. McAVOY, CLERK

| REUBEN DENIS DWAZI MULAMBA | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No. 1:23-CV-03196-SAB |
| | ) |
| ROB JACKSON | ) |
| *Respondent* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Mr. Mulamba's Petition for Writ of Habeas Corpus, ECF No. 1, is granted in part and denied in part, as follows: a. The Court GRANTS the Petition as to the penalty phase because the State prosecutor violated Brady and Petitioner's Fourteenth Amendment rights to due process. b. The Court DENIES the Petition as to the guilt phase and conviction and as to the claims of constitutional violations related to the trial court's imposition of an exception sentence under Wash. Rev. Code §§ 9.94A.535 and 9.94A.537(6).
Petitioner is awarded a writ of habeas corpus pertaining to his sentencing in State of Washington v. Mulamba, Kittitas County case no. 12-1-00028-9.

Judgment in favor in part of Petitioner against Respondent and in part of Respondent against Petitioner.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian

Date: 2/7/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham